**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7888**

---

STANLEY MARK BALLENGER,

                                        Plaintiff - Appellant,

        versus

JOHN BARKLEY, SCDC Inmate Service Coordinator,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  R. Bryan Harwell, District Judge.
(CA-03-3333-6-18AK)

---

Submitted:  February 18, 2005        Decided:  March 11, 2005

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stanley Mark Ballenger, Appellant Pro Se.  David Michael Tatarsky,
SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanley Mark Ballenger appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ballenger v. Barkley, No. CA-03-3333-6-18AK (D.S.C. Nov. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED